HUTTON and Another *v.* DENTON.—On Appeal.

THIS was an action of debt brought by *Denton* against *Hutton* and *Warcup.* The suit was founded on a replevin-bond executed by the defendants, which bond was conditioned that said *Hutton* would prosecute the replevin-suit to effect, and return the property replevied if such return should be adjudged. Breaches—first, that the replevin-suit was not prosecuted with effect; secondly, that the now plaintiff recovered judgment in that suit for a return, but that no return had been made.

Pleas—1. *Nul tiel record* of said judgment; 2. That said judgment was obtained by fraud.

Replication to the first plea, that there is such record. General demurrer to the second plea, and the demurrer sustained.

The plaintiff entered a *nolle prosequi* as to the first breach.

The issue on the first plea was found for the plaintiff; and the damages were assessed at 55 dollars. Judgment accordingly.

The judgment was afterwards affirmed by this Court; and the defendant has filed a petition for a re-hearing.

The only question is as to the validity of the second plea. We are of opinion that that plea is insufficient. If the judgment mentioned in the second plea was ob-

tained by fraud, the defendant's remedy is by a bill in chancery.

The petition for a re-hearing is, therefore, overruled.